IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| This document relates to: | ) ) |
| WILLIAM EDWARDS | ) ) Case No. 4:02-cv-521-TSL-AGN |
| Plaintiff, | ) ) |
| vs. | ) ) [PROPOSED] AMENDED ORDER ) OF DISMISSAL |
| BAYER CORPORATION | ) ) |
| Defendant. | ) ) |

### AMENDED ORDER OF DISMISSAL

This Order entered on this day will supercede and void the Order of Dismissal entered on January 19, 2006, in the above referenced case which was originally part of *Edna Russ, et al v. Wyeth, et al*, Case No. 4:02-cv-521.

This matter came before the Court upon the parties' Stipulation of Dismissal. Based upon the parties' stipulation, which has been agreed to and signed by counsel for all parties to this action, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii);

IT IS HEREBY ORDERED THAT the individual action of *William Edwards v. Bayer Corporation*, formerly part of *Russ, et al v. Wyeth, et al*, Case No. 4:02-cv-521 is dismissed with prejudice as to the defendant, with each party to bear its own costs.

Amended Order of Dismissal

- 1 -

Watkins & Eager, PLLC
P. O. Box 650
Jackson, MS 39205
(601) 648-6470

121088v1

1  Dated this 25th day of January, 2006

2

3

4  _____
   Honorable Alfred G. Nicols, Jr.
   United States Magistrate Judge

5

6

7  Presented by:

8  Watkins & Eager PLLC

9  By:    /s/ Rebecca Lee Wiggs
          Rebecca Lee Wiggs, MSB # 7191
10        Attorney for Defendant Bayer Corporation

11  Cory, Watson, Crowder & DeGaris

12  By:    /s/ Leila H. Watson
           Leila H. Watson, ASB # 3023-S74L
13         Attorney for Plaintiff William Edwards

14

15

16

17

18

19

20

21

22

23

24

25

26

Amended Order of Dismissal

- 2 -

121088v1

Watkins & Eager, PLLC
P. O. Box 650
Jackson, MS 39205
(601) 648-6470